IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02352-KLM

JODIE L. CARBAJAL,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Kristen L. Mix on September 17, 2014, incorporated herein by reference, it is

ORDERED that the decision of the Commissioner is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Jodie L. Carbajal.  It is

FURTHER ORDERED that each party shall bear its own costs and attorney's fees. It is

FURTHER ORDERED that this civil action and complaint are DISMISSED with prejudice.

DATED at Denver, Colorado this   18th   day of September, 2014.

                        FOR THE COURT:

                        JEFFREY P. COLWELL, CLERK

s/S. Libid
S. Libid, Deputy Clerk
